**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| **JOHN PAUL SMITH** | **08-04530-8-JRL** |
|     **Debtor** | |
| | **CHAPTER 11** |

**AMENDED APPLICATION FOR ORDER EXTENDING TIME**
**TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY**

The undersigned counsel for creditors, Ronald Fisher, Bryan Fisher, d/b/a R & B Farms and the Debtor's counsel, George Oliver moves the Court for an order and shows in support thereof as follows:

1.     The Debtor filed a voluntary petition under Chapter 11 on July 7, 2008.

2.     The Meeting of Creditors was conducted on August 11, 2008.

3.     The undersigned counsel and Debtor's counsel have agreed to extend the time to object to discharge and/or dischargeability per telephone on September 23, 2008.

WHEREFORE, said the undersigned counsel for creditors, Ronald Fisher, Bryan Fisher, d/b/a R & B Farms moves the Court for an Order extending the time to object to the discharge and/or dischargeability of claims against the Debtor through and including December 31, 2008.

This the 3rd day of October, 2008.

Law Office of Stephen L. Beaman, PLLC

By:   S/Stephen L. Beaman
Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
    email sbeaman@beamanlaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION**

IN RE:                                                    CASE NO.:
**JOHN PAUL SMITH**                          **08-04530-8-JRL**
    **Debtor**

**CHAPTER 11**

**NOTICE OF MOTION**

The undersigned counsel has filed with the court an **Amended Application for Order Extending Time to Object to Discharge and/or Dischargeability** of the Debtor.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the matter, then on or before **FIFTEEN (15)** days after the date below, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina
1760-A Parkwood Blvd.
Wilson, NC 27893-3564

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to: the undersigned attorney, debtor(s), debtor(s) attorney, trustee, Bankruptcy Administrator, and other parties in interest.

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

This the 3rd day of October, 2008.

Law Office of Stephen L. Beaman, PLLC

By:   S/Stephen L. Beaman
Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
email sbeaman@beamanlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **Amended Application and Notice to Extend Time to Object to Discharge and/or Dischargeability of the Debtors** was served on the following persons, on this date by mailing a copy of the said document to them at their addresses as shown below, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

This 3rd day of October, 2008.

Law Office of Stephen L. Beaman, PLLC

By:   S/Stephen L. Beaman
Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
        email sbeaman@beamanlaw.com

SERVED ON:
Bankruptcy Administrator
PO Box 3758
Wilson, NC 27894-3758

George M.  Oliver, Attorney
for Debtor
PO Box 1654
New Bern, NC 28563

John Paul Smith
1902 Baldwin Road
Whiteville, NC 28472